# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| ANDREW TOUCHSTONE, C/O TERI TOUCHSTONE, | : No. 509 EAL 2019<br>:<br>: |
| Petitioners | : Petition for Allowance of Appeal<br>: from the Order of the<br>: Commonwealth Court |
| v. | :<br>:<br>: |
| WORKERS' COMPENSATION APPEAL BOARD (TOUCHSTONE AND ASSOCIATES, P.C.), | :<br>:<br>: |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of March, 2020, the Petition for Allowance of Appeal is **DENIED**.